MATTHEW R. OAKES
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Washington, D.C.  20044-7415

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br>　vs.<br><br>FOREVER RESORTS, LLC, LAKE OROVILLE MARINA, LLC, BILL HARPER and REX MAUGHAN,<br><br>　　　　Defendants. | Case No. 2:16-cv-01595<br><br>**NOTICE OF MOTION SEEKING ORDER REGARDING ONGOING JURISDICTION AND US COMMENT RE. SETTLEMENT**<br><br>Hearing Date: February 15, 2018<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Hon. Morrison C. England, Jr. |

The United States will stipulate to a decision on the papers regarding this motion.  Should this Court determine that a hearing is appropriate, on February 15, 2018, at 2:00 p.m. in Courtroom 7 located at 501 I Street, Sacramento, California, the United States will move this Court for an order recognizing its ongoing jurisdiction in this matter, as described in the accompanying memorandum.  This motion is brought pursuant to 33 U.S.C. § 1365(c), which allows the United States a 45 day review period to review consent judgments that seek to resolve Clean Water Act citizen suit claims.

This motion is based on the supporting Memorandum filed concurrently, together with one supporting exhibit.

1

DATED:  January 12, 2018

Respectfully submitted,
Jeffrey H. Wood
Acting Assistant Attorney General

/s/ *Matthew R. Oakes*
MATTHEW R. OAKES
U.S. Department of Justice
Environment & Nat'l Resources Div.
Law and Policy Section
P.O. Box 7415
Ben Franklin Station
Washington, D.C.  20044-7415
(202) 514-2686

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing NOTICE OF MOTION SEEKING ORDER

REGARDING ONGOING JURISDICTION AND US COMMENT RE. SETTLEMENT was

electronically filed with the Clerk of the Court using the CM/ECF system, which will send

notification of said filing to the attorneys of record, who are required to have registered with the

Court's CM/ECF system.

Date: January 12, 2018 /s/ *Matthew R. Oakes*
MATTHEW R. OAKES
Counsel for the United States of America