UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER RESORTS, LLC; LAKE OROVILLE MARINA, LLC; REX MAUGHAN; and BILL HARPER,<br><br>Defendants. | No. 2:16-cv-01595-MCE-EFB<br><br>**ORDER** |

Plaintiff initiated this action on July 12, 2016 against Defendants, who operate a marina on Lake Oroville in California. ECF No. 1. Plaintiff alleged that Defendants violated a provision of Proposition 65 by knowingly discharging lead and lead compounds into the lake.

The parties pursued settlement options, reaching agreement on all terms on December 2, 2016. The Court, however, found the requested fees within the agreement entirely inappropriate, exceeding the lodestar calculation by more than 50%, and rejected the settlement. ECF No. 20. The parties subsequently tried again, filing a Second Motion to Approve Proposition 65 Settlement. ECF Nos. 25, 26. Yet, rather

than address the Court's concerns regarding the fees, the parties disingenuously lowered the requested hourly rate, but also increased the number of hours sought to once again reach the same request for $67,500. The Court denied this attempt to circumvent its original Order. ECF No. 35.

Plaintiff then filed a Second Amended Complaint on July 28, 2017 that omitted all reference to the Proposition 65 claim; on the same day, the parties also filed a stipulation for dismissal, a stipulation that, ostensibly, would not require Court approval. ECF Nos. 39, 40. The Court nonetheless rejected that stipulation as well. ECF No. 44. The parties then submitted another stipulated request for dismissal based on an amended settlement agreement. ECF No. 45. Yet, this amended settlement agreement still omitted any justifying details concerning the fee request. The Court once again rejecting the parties' stipulation. ECF No. 54.

Finally, on June 3, 2019, this Court issued an Order providing that:

> Not later than thirty (30) days following the date this order is electronically filed, the parties are directed to file either: (1) a new settlement, either omitting a fee request or explaining the justification for requested fees, for the Court's consideration; or (2) a Joint Status Report advising the Court that the parties are ready to proceed with litigation. Failure to timely respond to this Order will result in the dismissal of this action with prejudice upon no further notice to the parties.

ECF No. 59. Contrary to this Order, no amended settlement or Joint Status Report was filed by the parties.

///
///
///
///
///
///
///
///

Accordingly, this action is hereby DISMISSED with prejudice for failure to comply with the applicable rules and orders of this Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 24, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE